

**Isabelle Raquin, Partner**
Licensed in MD & NY

**Steve Mercer, Partner**
Licensed in MD & DC

**Judge Gary E. Bair (Ret.), Of Counsel**
Licensed in MD

September 9, 2025

**VIA ECF/PACER**

Lydia Kay Griggsby
District Judge
U.S. District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD  20770

      RE:    *United States v. DeAngelo Lewis*
                Case No:. LKG-23-0223-001
                Defense Status Letter

Dear Judge Griggsby:

      On July 31, 2025, the Court denied without prejudice the Government's Motion to Advance the Trial Date and directed the Defendant to file a status report on or before September 9, 2025, informing the Court of whether the Defendant has completed the necessary discovery and investigation related to this case, and if the Defendant is prepared to proceed to trial as to Deangelo Lewis.  The defense has been able to complete additional investigative tasks and is close to completion.  There are two additional matters of concern.

      First, on July 15, 2025, the defense submitted supplemental discovery requests which the Government responded to on August 27, 2025.  One of the defense requests was for the extraction report for a phone recovered on October 27, 2002, from a vehicle seized in Montgomery County.  The phone showed a missed call from "Suave" (which is Mr. Hood-Jackson's internet and rap name).  The Government indicated the phone had not been extracted but that it would be pursuant to a search warrant obtained in response to the defense request.  The phone extraction has not yet been produced.

      Second, the defense has an open request to the Prince George's County Police Department to complete the second of two reviews of the evidence.  Presumably, this can be scheduled promptly once the defense paralegal receives a response from the detective.

      Assuming the Government produces the phone extraction within the next 10 days, and the Prince George's County Police Department responds, the defense could be ready for trial in November 2025.  Also, I could be available for trial in February 2026.  I am in trial in the U.S.

RAQUINMERCER.COM

RaquinMercer LLC - 50 West Montgomery Ave., Suite 200, Rockville, MD 20850

isabelle@raquinmercer.com    steve@raquinmercer.com    judgebair@raquinmercer.com

Office - 301.880.9250    "THE DEFENSE NEVER RESTS."    Fax - 833.816.5605

District Court for the Western District of Washington in January, which creates conflicts in December and January.

    Please let me know if the Court has any questions or concerns.

Sincerely,

Steve Mercer

Cc:    AUSA Darren Gardner (via PACER)